AO 442 (Rev. 01/09) Arrest Warrant

11772923

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
STEVENSON ALLEN JR

Defendant

Case: 1:25-cr-00057
Assigned To : McFadden, Trevor N.
Assign. Date : 2/27/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stevenson Allen Jr

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(2) and (b)(1) (Distribution of Child Pornography); 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt of Child Pornography); 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography); 18 U.S.C. § 2253 and 21 U.S.C. § 853(p) (Forfeiture Allegation)

Date: 02/27/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/28/25, and the person was arrested on *(date)* 03/07/2025
at *(city and state)* Washington DC

Date: 03/07/2025

*Arresting officer's signature*

D. Stallmon DUSM
*Printed name and title*